# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jaime L. Zepeda, | No. CV 1:07-0982-SMM |
| Plaintiff, | **ORDER** |
| vs. | |
| Harold Tate, et al., | |
| Defendants. | |

Before the Court is Plaintiff's Motion for Leave to Amend Complaint (Doc. 27), filed on December 10, 2010.  To date, Defendant has not filed a response.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant file a Response to Plaintiff's Motion for Leave to Amend Complaint (Doc. 27) by **January 19, 2011**.  Any Reply shall be filed by **February 2, 2011**.

DATED this 5th day of January, 2011.

Stephen M. McNamee
United States District Judge