1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| Jaime L. Zepeda, | ) | No. CV 1:07-0982-SMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Harold Tate, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Before the Court is Plaintiff's Motion for an Extension of Time to File Third Amended Complaint (Doc. 35). Plaintiff requests an additional thirty days to review the Court's Order (Doc. 34) dismissing Plaintiff's Second Amended Complaint and to draft an amended complaint. (Doc. 35 at 1.)

Good cause appearing,

**IT IS HEREBY ORDERED GRANTING** Plaintiff's Motion for an Extension of Time to File Third Amended Complaint (Doc. 35).

**IT IS FURTHER ORDERED** that Plaintiff has until **Friday, May 6, 2011** to file an amended complaint.

**IT IS FURTHER ORDERED** that if Plaintiff fails to file an amended complaint by Friday, May 6, 2011, the Clerk of Court must, without further notice, enter a judgment of

1    dismissal of this action with prejudice that states that the dismissal counts as a "strike" under

2    28 U.S.C. § 1915(g).

3        DATED this 18th day of March, 2011.

4

5

6                                    Stephen M. McNamee
                                    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28